STATE to the use of the BOARD OF EDUCATION *v.* ALBERT C. MOODY, and others.

(Same syl'abus as in *State* to the use of the *Board of Education* v. *Moody,* an others, *ante* page 73.)

CERTIORARI upon a judgment rendered at Spring Term, 1875, ROBESON Superior Court, *Kerr, J.* presiding.

The facts in this case are the same, and the same points are involved, as in the case of *State to the use of the Board of Education vs. Moody* and others, reported ante page 73.

*Attorney General Hargrove,* for the appellant.
*Wright & Steadman,* contra.

READE, J. There are three cases between the same parties involving the same points. An opinion has been delivered in one, and the decision in this is the same.

NOTE.—Why was not one case brought up and the others allowed to await the decis.on of the Court?

PER CURIAM. Judgment affirmed.